UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. BUREAU OF LAND MANAGEMENT, )<br>)<br>Defendant. )<br>) | Civil Action No. 18-0233 (APM) |

## JOINT STATUS REPORT

In light of the Court's Minute Order dated August 5, 2019, the parties, by and through undersigned counsel, report to the Court as follows regarding the Defendant's production efforts in this action under the Freedom of Information Act ("FOIA").

Defendant continues in its efforts to process the remaining materials, but regrets that it has been unable to provide to Plaintiff or the Court more specific details of the current status of the productions because the FOIA Officer that was helping to gather the information needed to provide a more detailed update has been away from the office due to a death in the family that occurred this week.

Defendant will endeavor to provide a further update to Plaintiff informally, and the parties will then discuss whether there is significant additional information such that

-2-

the Court needs to be updated immediately.  Otherwise, the Parties ask that the Court call for a further joint status report on or before October 7, 2019.

     September 6, 2019

                                 Respectfully submitted,

| | |
|---|---|
| /s/ Kelly E. Nokes_____ | JESSIE K. LIU, DC Bar #472845 |
| Kelly E. Nokes (Bar No. MT0001) | United States Attorney |
| Western Environmental Law Center | |
| 208 Paseo del Pueblo Sur, No. 602 | DANIEL F. VAN HORN, DC Bar #924092 |
| Taos, NM 87571 | Chief, Civil Division |
| (575) 613-8051 | |
| nokes@westernlaw.org | |
| | By:_____/s/ |
| *Counsel for Plaintiff* | W. MARK NEBEKER, DC Bar #396739 |
| | Assistant United States Attorney |
| | 555 4th Street, NW |
| | Washington, DC  20530 |
| | (202) 252-2536 |
| | mark.nebeker@usdoj.gov |
| | |
| | *Counsel for Defendant* |