UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILDEARTH GUARDIANS, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 18-0233 (APM) |
| U.S. BUREAU OF LAND MANAGEMENT, | | |
| Defendant. | | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated February 28, 2020, the Parties, by and through undersigned counsel, report to the Court as follows regarding the Defendant's production efforts in this action under the Freedom of Information Act ("FOIA").

1. With respect to request numbers BLM-2017-00845 and BLM-2017-00846, Defendant reports as follows:

    a. The Bureau of Land Management ("BLM") issued an interim production of approximately 500 pages of John Ruhs' e-mails on March 20, 2020. The BLM anticipates issuing another interim release of approximately 1,000 pages by April 21, 2020.

    b. The BLM issued a final production of Mike Nedd's e-mails (FOIA request BLM-2017-00846) on January 21, 2020.

    c. The BLM still anticipates issuing a final production to request BLM-2017-00845 by August 2021.

2. In light of the foregoing, the Parties will continue to confer and ask that the Court allow these discussions to proceed. The Parties propose to file a subsequent joint status report further advising the Court of the status of the case by May 28, 2020.

Dated: April 17, 2020

/s/ Kelly E. Nokes
Kelly E. Nokes (Bar No. MT0001)
Western Environmental Law Center
208 Paseo del Pueblo Sur, No. 602
Taos, NM 87571
(575) 613-8051
nokes@westernlaw.org

*Counsel for Plaintiff*

Respectfully submitted,

TIMOTHY J. SHEA, DC Bar #437437
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By: /s/ Robert A. Caplen
ROBERT A. CAPLEN, DC Bar #501480
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendant*