UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILDEARTH GUARDIANS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-0233 (APM) |
| U.S. BUREAU OF LAND MANAGEMENT, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's December 15, 2020, Minute Order, the Parties, by and through undersigned counsel, report to the Court as follows regarding the Defendant's production efforts in this Freedom of Information Act litigation.

1. With respect to request number BLM-2017-00846, the Bureau of Land Management ("BLM") issued a final production of Mike Nedd's e-mails on January 21, 2020.

2. With respect to request number BLM-2017-00845:

   a. The BLM issued interim productions of approximately 1,217 pages of John Ruhs' e-mails on December 29, 2020, and 1,299 pages on January 25, 2021. The BLM anticipates issuing another interim release of approximately 1,000 pages by February 21, 2021.

   b. The BLM still anticipates issuing a final production to request BLM-2017-00845 by August 2021.

3. In light of the foregoing, the Parties will continue to confer and ask that the Court allow these discussions to proceed. The Parties propose to file a subsequent joint status report further advising the Court of the status of the case by April 16, 2021.

-2-

Dated: February 12, 2021

/s/ Kelly E. Nokes
Kelly E. Nokes (Bar No. MT0001)
Western Environmental Law Center
P.O. Box 218
Buena Vista, CO 81211
(575) 613-8051
nokes@westernlaw.org

*Counsel for Plaintiff*

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ Robert A. Caplen
ROBERT A. CAPLEN, DC Bar #501480
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendant*